UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAM FINKEL, | Hon. MARY L. COOPER |
| *Plaintiff(s),* | Civil Action No. 05-5525 |
| v. | ORDER STAYING EFFECT OF FINAL JUDGMENT ~~PENDING APPEAL~~ UNTIL FURTHER ORDER OF THIS COURT |
| U.S. DEPT. OF LABOR, | |
| *Defendant(s).* | |

Upon consideration of the motion of defendant Department of Labor to stay the Court's final judgment, and the Court having considered the matter,

IT is on this 17th day of SEPT., 2007

ORDERED that the defendant's motion is granted and the Court's final orders and judgment are stayed such that defendant need not produce the requested documents until a determination is made whether to file a timely appeal ~~not to appeal, or if an appeal is taken, the appeal process is completed.~~

_____
MARY L. COOPER
United States District Judge